# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRED D. REED, ET AL

VERSUS

BRANDON NOEL, ET AL

NO.   2026 CW 0492

**JUNE 15, 2026**

---

In Re:   Mayor-President Emile B. Edwards, Brandon Noel, Anthony Kennedy, Rowdy Gaudet, Aaron Moak, Darryl Hurst, Cleve Dunn, Twahna Harris, Dwight Hudson and Carolyn Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 771493.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

EW
KEB

**Hester, J.,** concurs in part and dissents in part.  Although the petition alleges the Mayor-President is sued in his official capacity as the Chief Administrative Officer of the City-Parish and is in charge of dispersing funds to defendants and is in charge of the Community Centers, the petition fails to state sufficient facts or law to state a cause of action against the Mayor-President.  Accordingly, I would grant the writ in part, grant the exception of no cause of action filed by defendant, Mayor-President Emile B. Edwards, and remand to the district court with instructions to allow plaintiffs the opportunity to amend the petition to remove the grounds of the objection, if they can, within a delay deemed reasonable by the district court.  La. Code Civ. P. art. 934.  In all other respects, I concur in the denial of the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT